MARGARET JOURDAN, Respondent, *v.* PATRICK HARAN, Impleaded, etc., Appellant.

(Argued October 10, 1889; decided October 29, 1889.)

APPEAL from judgment of the General Term of the Superior Court of the city of New York, entered upon an order made October 25, 1888, which affirmed an interlocutory and final judgment admeasuring plaintiff's dower.

*Henry P. Townsend* for appellant.

*Francis B. Chedsey* for respondents.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.

---

GEORGE E. NASH, as Administrator, etc., Respondent, *v.* THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Appellant.

(Argued October 11, 1889; decided October 29, 1889.)

APPEAL from judgment of the General Term of the Supreme Court in the second judicial department, entered upon an order made May 14, 1888, which affirmed a judgment in favor of plaintiff, entered upon a verdict.

*Calvin Frost* for appellant.

*Clarence R. Conger* for respondent.

Agree to affirm; no opinion.
All concur, except GRAY, J., not voting.
Judgment affirmed.